UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT P. HURLEY,
Plaintiff,

Case No. 1:13-cv-913
Litkovitz, M.J.

vs.

CAROLYN W. COLVIN,
Defendant.

**ORDER**

This matter is before the Court on the parties' Joint Stipulation to Award Attorney's Fees under the Equal Access to Justice Act ("EAJA"). (Doc. 28). The parties have stipulated and petitioned the Court to enter an order awarding attorney fees in the sum of $5,000.00 and costs in the amount of $20.04 under the EAJA, 28 U.S.C. § 2412. The parties have stipulated that this award "will satisfy any and all of [p]laintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable in this case." (Doc. 28). The parties have further stipulated that "[a]ny fees paid belong to [p]laintiff and can be offset to satisfy any pre-existing debt that [p]laintiff owes the United States" pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). *Id.*

The Court **GRANTS** the parties' Joint Stipulation to Award Attorney's Fees under the EAJA. Plaintiff is awarded $5,000.00 in attorney fees and $20.04 in costs for a total award of $5,020.04.

**IT IS SO ORDERED**.

6/29/15
Date

Karen L. Litkovitz
United States Magistrate Judge